UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW YORK MARINE AND GENERAL INSURANCE COMPANY, <br><br> *Plaintiff*, <br><br> v. <br><br> MILLENNIA ASSURANCE, INC., <br><br> *Defendant*. | Civil Action <br> No. 1:23-cv-07528-CM <br><br> **AFFIRMATION OF SERVICE** |

STATE OF NEW YORK    )
                                    SS. :
COUNTY OF NEW YORK   )

MARSHALL O. DWORKIN, an attorney admitted to practice law in the State of New York, affirms under penalty of perjury:

I am not a party to this action, am over 18 years of age and reside in New York County, New York.

On August 24, 2023, I served a true copy of the Complaint in this action by electronic mail on Alexander Sperber, Esq. of Lipsius-Benhaim Law LLP, who represented that he represented Defendant Millennia Assurance, Inc. ("Defendant") and was authorized to accept service of the Complaint on Defendant's behalf in lieu of more formal service of process.

Date: September 6, 2023

　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Marshall O. Dworkin*
　　　　　　　　　　　　　　　　　　　　　　　　　　Marshall O. Dworkin, Esq.

3365480v1