# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

NEW YORK MARINE AND GENERAL
INSURANCE COMPANY,

<em>Plaintiff</em>,

-against-

MILLENNIA ASSURANCE, INC.,

<em>Defendant</em>.

Case Number: 1:23-cv-07528

## AFFIDAVIT OF RALPH TSOUR

I, **RALPH TSOUR**, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct.

1.    I am the chairman and chief executive officer of defendant Millennia Assurance Inc. ("Millennia") and am familiar with the facts and statements made herein. I submit this affidavit in support of Millennia's Motion to Dismiss Plaintiff New York Marine and General Insurance Company's ("Plaintiff") Complaint.

2.    Millennia is a captive insurance company organized under the laws of North Carolina with its principal place of business in New York.

3.    Millennia has only two corporate officers: Ralph Tsour, CEO; and Efrat Tzur, Secretary, both of whom reside in New York (the "Officers").

4.    The Officers primary duties and responsibilities include, *inter alia*, as follows: (1) directing, controlling, and coordinating the activities of Millennia; (2) attending and participating in board of directors meetings; (3) authorizing cash disbursement and transfers; (4) selecting and

monitoring investments; (5) reviewing and executing agreements and contracts; (6) reviewing internal financial statements; (7) reviewing and authorizing the filing of statutory required annual reports; (8) participating in audits; (9) reviewing, approving, and filing tax returns; (10) reviewing and approving actuarial pricing reports; and (11) reviewing and approving insurance claim payments. The Officers perform all of their duties and responsibilities from Millennia's corporate office located in New York.

5.     While Millennia is a registered North Carolina corporation, neither one of its officers direct, control, or coordinate any of Millennia's activities from the State of North Carolina.

Dated: October 6, 2023

DocuSigned by:

B0EE07C9BC764D4

**RALPH TSOUR**