**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NEW YORK MARINE AND GENERAL INSURANCE COMPANY,<br><br>*Plaintiff,*<br><br>v.<br><br>MILLENNIA ASSURANCE, INC.,<br><br>*Defendant.* | Civil Action<br>No. 1:23-cv-07528-CM<br><br>**STIPULATION FOR EXTENSION OF TIME** |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, as follows:

1. The time for Plaintiff New York Marine and General Insurance Company to respond to Defendant Millennia Assurance, Inc.'s Motion to Dismiss [Dkt No. 11] is hereby extended to and including October 27, 2023; and

2. This stipulation may be executed in counterparts.

Dated: New York, New York
October 17, 2023

MORITT HOCK & HAMROFF LLP

By: /s/ Marshall Dworkin
Marshall O. Dworkin, Esq.
1407 Broadway, Suite 3900
New York, New York 10018
Telephone: (212) 239-2000
mdworkin@moritthock.com
*Attorneys for Plaintiff,*
*New York Marine and General Insurance Company*

LIPSIUS-BENHAIM LAW LLP

By: ______________
Alexander J. Sperber
80-02 Kew Gardens Rd., Suite 1030
Kew Gardens, NY 11415
Telephone: 212.981.8449
asperber@lipsiuslaw.com
*Attorneys for Defendants Defendant,*
*Millennia Assurance, Inc.*